CSD 1159C [07/01/18]

Name, Address, Telephone No. & I.D. No.
DARLENE C. VIGIL- CA NO, 223442
BARRETT DAFFIN FRAPPIER TREDER & WEISS LLP
20955 PATHFINDER ROAD, SUITE 300
DIAMOND BAR, CA 91765
Phone: (626) 915-5714, Fax: (972) 661-7726
E-mail: sdcaecf@bdfgroup.com    File No. 8435117

Order Entered on August 14, 2019
by Clerk U.S. Bankruptcy Court
Southern District of California

# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re<br>Michael D. Dare<br><br>Debtor. | **LODGED**<br><br>BANKRUPTCY NO. 19-02958-LT7 |
| U.S. Bank National Association, as Trustee for Lehman XS Trust Mortgage Pass-Through Certificates Series 2006-12N<br>Movant(s) | RS NO. EAT-1 |
| v.<br>Michael D. Dare, Leslie T. Gladstone<br>Respondent(s) | Date of Hearing: 08/01/2019<br>Time of Hearing: 10:00 AM<br>Name of Judge: Hon. Laura S. Taylor |

## ORDER ON
Motion for Relief from the Automatic Stay

The court orders as set forth on the continuation pages attached and numbered __2__ through __2__ with exhibits, if any, for a total of __3__ pages. Notice of Lodgment Docket Entry No. __34__ .

//
//
//
//

DATED:    August 14, 2019

Judge, United States Bankruptcy Court

CSD 1159C

**CSD 1159C** [07/01/18](Page 2)

| | |
|---|---|
| ORDER ON | Motion for Relief from the Automatic Stay |
| DEBTOR: Michael D. Dare | CASE NO.: 19-02958-LT7 |
| | RS NO.: EAT-1 |

The motion of U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-12N ("Movant"), for relief from the automatic stay came on regularly for hearing by the Court on the date, time and place set forth above, the HONORABLE LAURA S. TAYLOR, United States Bankruptcy Judge presiding. All appearances were as noted on the record. For the reasons set forth on the record and in the minutes of the proceedings, it is

ORDERED, ADJUDGED AND DECREED that the motion is granted and the automatic stay pursuant to 11 U.S.C. Section 362 is hereby terminated for all purposes as to Movant in connection with the estate's and the debtor's interest in the real property commonly known as 1800 SOUTH JUNIPER STREET, ESCONDIDO, CA 92025, located in San Diego County, California. The legal description of the property is attached as Exhibit A.

ORDERED, ADJUDGED AND DECREED that the 14-day stay of Fed. R. Bankr. P. 4001(a)(3) is not waived.

**CSD 1159C**

Signed by Judge Laura Stuart Taylor August 14, 2019

10752

## EXHIBIT "ONE"

That portion of Lot 1 in Block 326 of Rancho Rincon Del Diablo, in the City of Escondido, County of San Diego, State of California, according to Map thereof No. 725, filed in the Office of the County Recorder of San Diego County, August 13, 1892, described as follows:

Beginning at a point in the Southwesterly line of said Lot 1, distant thereon North 30°47'00" West 301.13 feet from the Southwesterly corner of said Lot 1; thence North 59°13'00" East 180.00 feet; thence North 30°47'00" West parallel with the Southwesterly line of said Lot, 48.93 feet to a point in a line which is parallel with and Southerly 50.00 feet at right angles from the Northerly line of said Lot 1; thence South 78°32'00" West along said parallel line 145.29 feet; thence South 59°13'00" West 42.89 feet to a point in said Southwesterly line of Lot 1; thence South 30°47'00" East along said Southwesterly line 96.99 feet to the Point of Beginning.

Assessor's Parcel No: 237-010-41

## EXHIBIT A

2

(Rev. 11/17/04)
Signed by Judge Laura Stuart Taylor August 14, 2019