**CSD 1500** (07/01/18)
Name, Address, Telephone No. & I.D. No.

Leslie T. Gladstone, Chapter 7 Trustee (SBN 144615)
401 Via Del Norte
La Jolla, CA 92037
Telephone (858) 454-9887
Facsimile (858) 454-9596

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| In Re  MICHAEL D. DARE,  Debtor. | BANKRUPTCY NO. 19-02958-LT7 |
|---|---|
| ☐ Plaintiff(s) (Adv)  ☐ Movant(s) (RS) | ADVERSARY NO.  RS NO. |
| v.  ☐ Defendant(s) (Adv)  ☐ Respondents(s)(RS) | Date of Hearing: August 29, 2019  Time of Hearing: 10:00 a.m.,  Name of Judge: Laura S. Taylor |

## NOTICE OF LODGMENT

**TO: All Parties in Interest**

**PLEASE TAKE NOTICE that:**

On August 30, 2019, the undersigned party lodged with the court a proposed

Order on Trustee's Notice of Abandonment of Property,

a copy of which is attached as Exhibit A and incorporated by reference.

Under Rule 7054-3(b) of the Local Bankruptcy Rules of this court, any objections to the form or content of this proposed

Order on Trustee's Notice of Abandonment of Property

must be filed and served on the undersigned party within 7 days from the date of service of this Notice of Lodgment.

DATED: August 30, 2019                      /s/ Leslie T. Gladstone
                                            ☐ Party   ☑ Attorney for Movant

**CSD 1500**

**CSD 1500** [07/01/18] (Page 2)

# CERTIFICATE OF SERVICE

I, **Candi Collins** am a resident of the State of California, over the age of 18 years, and not a party to this action.

On **August 30, 2019**, I served the Notice of Lodgment:

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

   Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On **August 30, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

   Erin McCartney    bankruptcy@zbslaw.com, emccartney@ecf.courtdrive.com
   Edward A. Treder    sdcaecf@BDFGroup.com
   Darlene C. Vigil    sdcaecf@BDFGroup.com

   ☑ Chapter 7 Trustee: candic@flgsd.com, christinb@flgsd.com;sandray@flgsd.com;ltg@trustesolutions.net andrewg@flgsd.com

   ☑ For Chpt. 7, 11, & 12 cases:   ☐ For ODD numbered Chapter 13 cases:   ☐ For EVEN numbered Chapter 13 cases:
   UNITED STATES TRUSTEE    THOMAS H. BILLINGSLEA, JR., TRUSTEE    DAVID L. SKELTON, TRUSTEE
   ustp.region15@usdoj.gov    Billingslea@thb.coxatwork.com    admin@ch13.sdcoxmail.com
                dskelton13@ecf.epiqsystems.com

2. **Served by United States Mail**:

   On **August 30, 2019**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

   Michael D Dare
   1800 S Juniper St.
   Escondido, CA 92025
   Pro Se Debtor
   Via First Class Mail - Postage Paid

   American Express National Bank
   c/o Becket and Lee LLP
   PO Box 3001
   Malvern, PA 19355-0701
   Special Notice Creditor
   Via First Class Mail - Postage Paid

**CSD 1500**

**CSD 1500** [07/01/18] (Page 3)

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission, overnight delivery, and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on  August 30, 2019                /s/ Candi Collins
             (Date)                          (Typed Name and Signature)

                                             401 Via Del Norte
                                             (Address)

                                             La Jolla, CA 92037
                                             (City, State, ZIP Code)

**CSD 1500**

# EXHIBIT "A"

# EXHIBIT "A"

**CSD 1001C** [07/01/18]
Name, Address, Telephone No. & I.D. No.

Leslie T. Gladstone, Chapter 7 Trustee (SBN 144615)
401 Via Del Norte
La Jolla, CA 92037
Telephone (858) 454-9887
Facsimile (858) 454-9596

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
MICHAEL D. DARE,

Debtor.

**LODGED**

BANKRUPTCY NO. 19-02958-LT7

Date of Hearing: August 29, 2019
Time of Hearing: 10:00 a.m.,
Name of Judge: Laura S. Taylor

# ORDER
## ON TRUSTEE'S NOTICE OF ABANDONMENT OF PROPERTY

The court orders as set forth on the continuation pages attached and numbered __2__ through __2__ with exhibits, if any, for a total of __2__ pages. Notice of Lodgment Docket Entry No. _____ .

//
//
//
//
//
//
//

DATED: _____

Judge, United States Bankruptcy Court

**CSD 1001C**

**CSD 1001C** [07/01/18]**(Page 2)**

ORDER ON: ON TRUSTEE'S NOTICE OF ABANDONMENT OF PROPERTY

DEBTOR: MICHAEL D. DARE,　　　　CASE NO: 19-02958-LT7

On July 10, 2019, Leslie T. Gladstone (the "Trustee") filed and caused to be served her Notice of Proposed Abandonment of real property located at 1800 South Juniper Street, Escondido, CA 92025 (the "Abandonment"). On July 30, 2019, Debtor filed a Request and Notice of Hearing in opposition to the Abandonment (the "Opposition"). On August 6, 2019, the Trustee filed her Reply to the Opposition.

On August 29, 2019, at 10:00 a.m., this matter came on regularly for hearing in the above-entitled Court. Christin A. Batt specially appeared for Leslie T. Gladstone and no other appearances were made. The Court having reviewed the Abandonment, Opposition, the Trustee's Reply and good cause appearing therefor,

IT IS HEREBY ORDERED as follows:

1. The Trustee's Notice of Proposed Abandonment of Property located at 1800 South Juniper Street, Escondido, CA 92025 is approved and the Property is hereby abandoned.

IT IS SO ORDERED.